# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONI WRIGHT,<br><br>　　　　Defendant. | CASE NO.　1:21-cr-80<br><br>JUDGE　MCFARLAND<br><br>INFORMATION<br><br>18 U. S. C. § 1014 |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (False Statement on a Loan and Credit Application)

On or about June 22, 2020, in the Southern District of Ohio and elsewhere, the defendant, **TONI WRIGHT**, knowingly made, and caused to be made, a false statement or report to Telhio Credit Union, a financial institution insured by the National Credit Union Association, for the purpose of influencing the action of Telhio Credit Union, in connection with a loan guaranteed by the Small Business Administration, that is, the defendant submitted an application for a Payment Protection Program loan that contained false information, in that the defendant claimed that the average monthly payroll for Beautiful Beginnings Doula Service was $100,000.00 and that the business had 25 employees, when in truth and in fact, as the defendant well knew, the business did not have the number of employees or generate the amount of payroll claimed.

　　In violation of 18 U.S.C. § 1014.

　　　　　　　　　　　　　　　　　　　　VIPAL J. PATEL
　　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　*/s/ E. Taiwo*

　　　　　　　　　　　　　　　　　　　　EBUNOLUWA A. TAIWO
　　　　　　　　　　　　　　　　　　　　**Assistant United States Attorney**