**21cr80 USA v. Toni Wright - Arraignment/Plea Hearing**
**Wednesday, October 6, 2021 – 11:00 AM**

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/656961245

**This meeting is locked with a password:** 552200

**You can also dial in using your phone.**
United States: +1 (224) 501-3412

**Access Code:** 656-961-245

**Join from a video-conferencing room or system.**
Dial in or type: 67.217.95.2 or inroomlink.goto.com
Meeting ID: 656 961 245
Or dial directly: 656961245@67.217.95.2 or 67.217.95.2##656961245

New to GoToMeeting? Get the app now and be ready when your first meeting starts: https://global.gotomeeting.com/install/656961245