IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:21-cr-80 |
| Plaintiff, | : | |
| vs. | : | |
| TONI WRIGHT, | : | |
| Defendant. | : | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that Defendant Toni Wright, after consultation with counsel, has consented to the use of video conferencing to conduct the initial appearance/arraignment/plea hearing held today.

Accordingly, the proceeding held on this date may be conducted by:

    __X__  video teleconference.

    ____  teleconference, because video teleconferencing is not reasonably available for the following reasons:

        ____  that the defendant is detained at a facility that is lacking video teleconferencing capability.

        ____  other.

**IT IS SO ORDERED.**

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___/s/ Matthew W. McFarland___
JUDGE MATTHEW W. McFARLAND