AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>TONI WRIGHT<br>*Defendant* | ) <br> ) Case No. 1:21-cr-00080<br> )<br> )<br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10-4-21

*Defendant's signature*

*Signature of defendant's attorney*

RICHARD MONAHAN
*Printed name of defendant's attorney*

*Judge's signature*

HON. MATTHEW W. McFARLAND
*Judge's printed name and title*