UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:21CR080 |
| TONI WRIGHT, | : | Judge McFarland |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, TONI WRIGHT, by and through counsel, and hereby moves the Court to continue the sentencing in this matter until October 2022.

By agreement of the parties, additional time is needed prior to the sentencing in this matter. As such, the government and defense request that the sentencing be continued until approximately October of this year.

Counsel for Ms. Wright has consulted with Ebun Taiwo, Assistant United States Attorney, and she is in agreement with this motion.

Wherefore, Ms. Wright respectfully requests that the Court continue the sentencing until October 2022.

Respectfully submitted,

DEBORAH WILLIAMS
FEDERAL PUBLIC DEFENDER

*s/ Richard Monahan*
Richard Monahan (0065648)
First Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834
Attorney for Defendant, Toni Wright

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Ebun Taiwo, Assistant United States Attorney, on this 26th day of April, 2022.

*s/ Richard Monahan*
Richard Monahan